No. 97–1672. MOVIES, INC., ET AL. *v.* KAHN, DIRECTOR, NEW ORLEANS DEPARTMENT OF FINANCE. Civ. Dist. Ct., Orleans Parish, La. Certiorari denied.

No. 97–1674. MAY ET AL. *v.* SHUTTLE, INC., ET AL. C. A. D. C. Cir. Certiorari denied. 

No. 97–1680. ROSSETTO ET AL. *v.* PABST BREWING CO. C. A. 7th Cir. Certiorari denied. 

No. 97–1684. LEBRON *v.* NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). C. A. 2d Cir. Certiorari denied.

No. 97–1692. DARLING ET UX. *v.* SAVERS LIFE INSURANCE CO. C. A. 4th Cir. Certiorari denied. 

No. 97–1698. BRAND MANAGEMENT, INC., ET AL. *v.* MENARD, INC. C. A. Fed. Cir. Certiorari denied. 

No. 97–1700. PASHUCK *v.* COOKSEY, SHERIFF, COUNTY OF SALEM, ET AL. C. A. 3d Cir. Certiorari denied. 

No. 97–1701. NATIONSMART CORP. ET AL. *v.* CARLON ET AL. C. A. 8th Cir. Certiorari denied. 

No. 97–1703. SHONG-CHING TONG *v.* HUNT ET AL. C. A. 9th Cir. Certiorari denied. 

No. 97–1723. CHILDRESS ET AL. *v.* CITY OF RICHMOND ET AL. C. A. 4th Cir. Certiorari denied. 

No. 97–1741. LEVESQUE ET UX. *v.* YAMAGUCHI ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1793. GOETZ *v.* BOARD OF ATTORNEYS PROFESSIONAL RESPONSIBILITY OF WISCONSIN. Sup. Ct. Wis. Certiorari denied. 

No. 97–1803. MILLER *v.* DEPARTMENT OF THE AIR FORCE. C. A. Fed. Cir. Certiorari denied. 

No. 97–1805. STACY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.